UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

1594052 ONTARIO, INC., and
F.I.N. FISH, INC.,

        Plaintiffs,                      Case No. 2:24-cv-11315

v.                                          Honorable Susan K. DeClercq
                                                United States District Judge

FRESHONE DISTRIBUTION
SERVICES, LLC, et al.,

        Defendants.
_____/

**ORDER DENYING WITHOUT PREJUDICE PLAINTIFFS' MOTIONS TO COMPEL DISCOVERY (ECF Nos. 61; 62; 63)**

Although this matter has been pending for over a year, due to motion practice, changes in attorney representation, and corporate bankruptcy filings, a scheduling order has not yet been issued. On November 11, 2025, Plaintiffs 1594052 Ontario, Inc. and F.I.N. Fish, Inc. filed three motions to compel discovery from three defendants. ECF Nos. 61; 62; 63.

Counsel for the Parties appeared for a status conference on December 15, 2025, to discuss the ongoing impediments to scheduling with this Court, as well as Plaintiffs' pending discovery motions. *See* ECF No. 66.

As discussed at that status conference, Plaintiffs' motions to compel discovery, ECF Nos. 61; 62; 63, will be denied without prejudice because no

scheduling order controlling discovery has been issued yet.

Accordingly, it is **ORDERED**, that Plaintiffs' Motions to Compel Discovery, ECF Nos. 61; 62; 63, are **DENIED WITHOUT PREJUDICE**.

*/s/Susan K. DeClercq*
SUSAN K. DeCLERCQ
United States District Judge

Dated: December 23, 2025